1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

10   JAMES O'NEIL WIGGIN,                         CASE NO. C14-1474 MJP

11                        Petitioner,             ORDER ADOPTING REPORT AND
                                                  RECOMMENDATION
12         v.

13   MAGGIE MILLER-STOUT,

14                        Respondent.

15

16         THIS MATTER comes before the Court on Petitioner's Objections (Dkt. No. 30) to the

17   Report and Recommendation of the Honorable James P. Donohue, United States Magistrate

18   Judge.  (Dkt. No. 29.)  Having reviewed the Report and Recommendation, the Objections, and

19   all related papers, the Court ADOPTS the Report and Recommendation, DENIES the petition for

20   writ of habeas corpus, and DISMISSES this action with prejudice.  A certificate of appealability

21   with respect to all grounds for relief asserted is DENIED.

22         Under Fed. R. Civ. P. 72, the Court must resolve de novo any part of the Magistrate

23   Judge's Report and Recommendation that has been properly objected to and may accept, reject,

24   or modify the recommended disposition.  Fed. R. Civ. P. 72(b)(3); see also 28 U.S.C. §

1  636(b)(1).  Petitioner has filed Objections, but Petitioner's arguments discuss video evidence

2  relating to a conviction for robbery with a deadly weapon.  (Dkt. No. 30 at 2-3.)  The objections

3  do not address the issues in this case, which relates to a conviction for failure to register as a sex

4  offender.  (Dkt. No. 29 at 2-5.)  At the time of filing, Petitioner was also seeking habeas relief

5  regarding his robbery conviction. See Wiggin v. Miller-Stout, Case No. 2:14-cv-1675-RSL.

6  Petitioner filed, and Judge Lasnik considered, separate Objections to a Magistrate Judge's Report

7  and Recommendation in that action, also concerning video evidence and the robbery conviction.

8  (See Case No. 2:14-cv-1675-RSL, Dkt. Nos. 36, 37, 38.)  Plaintiff has not otherwise filed any

9  objections relating to his failure to register as a sex offender petition.

10       Having reviewed the Report and Recommendation and the related record, the Court

11  agrees with Judge Donohue regarding the disposition of Petitioner's failure to register as a sex

12  offender habeas petition.  The Court therefore ADOPTS the Report and Recommendation,

13  DENIES Petitioner's petition, and DISMISSES this action with prejudice.  A certificate of

14  appealability is DENIED.

15

16       The clerk is ordered to provide copies of this order to all counsel and to Judge Donohue.

17

18       Dated this 6th day of May, 2015.

19

20

21

Marsha J. Pechman

22       Chief United States District Judge

23

24